No. 7653.———*United States* v. *Cox & Fahner (Steel Union Sheet Piling Inc.) et al.* Entered at New York, N. Y., and New Orleans, La. Reap. Dec. 7627. Motion by appellant.